IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AMERICAN POSTAL WORKERS
UNION AFL-CIO HEALTH PLAN,

    Plaintiff,

v.                                       CASE NO. 1:04-cv-00087-MP-AK

JOAN A HOPE,
STERLING HOPE,
HORACE MOORE SR PA,
HORACE MOORE, SR,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Docs. 37 and 39, Motion and Amended Motion to Extend Time for Filing Motion for Summary Judgment, or in the Alternative Motion for Case to Be Submitted by Stipulated Facts or Other Written Documents.  A teleconference was held on February 17, 2006, during which both sides agree to have the case decided by the Court based on stipulated facts and the written submissions of the parties.  Therefore, docs. 37 and 39 are granted.  The Court will take this case under advisement on May 15, 2006, and will decide the case based on the stipulations of fact and written arguments of the parties filed by that date.

    **DONE AND ORDERED** this  *17th*   day of February, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge